OPINION — AG — ** OKLAHOMA HEALTH PLANNING — REVIEW ** (1) ALL HOSPITALS WHICH MEET THE DEFINITION OF 63 O.S. 1-701 [63-1-701], 63 O.S. 1-710 [63-1-710] ARE SUBJECT TO REVIEW BY THE OKLAHOMA HEALTH PLANNING COMMISSION IN ITS FUNCTION OF IMPLEMENTING THE STATE PLAN FOR COMPREHENSIVE HEALTH SERVICES. (2) WESTERN STATE HOSPITAL IS EXEMPTED FROM THE PROVISIONS OF 63 O.S. 1-701 [63-1-701], 63 O.S. 1-720 [63-1-720] BY 63 O.S. 1-7-2 [63-1-7-2] AND 63 O.S. 1-114 [63-1-114] (3) WESTERN STATE HOSPITAL IS NOT SUBJECT TO THE RULES AND REGULATIONS OF THE OKLAHOMA HEALTH PLANNING COMMISSION, AS IT IS EXEMPT FROM REVIEW BY THE COMMISSION BY 63 O.S. 1-702 [63-1-702], 63 O.S. 1-114 [63-1-114] (COMPREHENSIVE HEALTH, CRITERIA FOR STANDARDS, STATE PLAN, HOSPITAL) CITE: 43A O.S. 31 [43A-31], 63 O.S. 1-718 [63-1-718] 63 O.S. 1-721 [63-1-721], 63 O.S. 1112 [63-1112] 63 O.S. 1-113 [63-1-113], 63 O.S. 1-718 [63-1-718] (WILLIAM W. GORDEN JR)